IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG - 8 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LORI WADE, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 02 C 3205 |
| EQUIFAX CREDIT INFORMATION SERVICES, | ) Judge Manning |
| | ) Magistrate Judge Schenkier |
| I.C. SYSTEM, INC., | ) |
| FINGERHUT CREDIT ADVANTAGE, | ) |
| Defendants. | ) |

DOCKETED AUG 1 2 2003

## PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNCONTESTED MATERIAL FACTS AS TO WHICH THERE IS A GENUINE ISSUE THAT DOES NOT ENTITLE THE DEFENDANT TO A JUDGMENT AS A MATTER OF LAW

NOW COMES the Plaintiff, LORI WADE ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and hereby respectfully submits this response to Defendant's, I.C. SYSTEM, INC., statement of facts, in accordance with LR 56.1 in response to Defendant's memorandum of law in support of its Motion for Summary Judgment.

### RESPONSE TO DEFENDANT'S STATEMENT OF PARTIES

1. Undisputed.
2. Undisputed.
3. Undisputed.
4. Undisputed.

## JURISDICTION AND VENUE

5. Undisputed.

6. Undisputed.

## RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS

7. Undisputed.

8. Undisputed.

9. Undisputed.

10. Undisputed.

11. Undisputed.

12. Undisputed.

13. Disputed. See Plaintiff's Statement of Material Facts at ¶14.

14. Undisputed.

15. Undisputed in Part and Disputed in part, as this is a compound statement. Undisputed that Defendant verified the account. Disputed that an explanation was made that the account belonged to a different person and the report is considered complete.

16. Undisputed.

17. Undisputed.

Respectfully Submitted,
LORI WADE

By: _____
Attorney for Plaintiff

Larry P. Smith
Krohn & Moss, Ltd.
120 West Madison Street
10th Floor
Chicago, Illinois 60602
Ph. No.: (312)578-9428